BRITT v. ALLEN

No. 101 PC.

Case below: 27 N.C. App. 122.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 2 December 1975.

CHURCH v. CHURCH

No. 100 PC.

Case below: 27 N.C. App. 127.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 December 1975.

HALL v. GENERAL MOTORS CORP.

No. 113 PC.

Case below: 27 N.C. App. 202.

Petition for discretionary review under G.S. 7A-31 denied 2 December 1975.

HALSEY v. CHOATE

No. 87 PC.

Case below: 27 N.C. App. 49.

Petition for writ of certiorari to North Carolina Court of Appeals denied 2 December 1975.

IN RE ARTHUR

No. 106 PC.

Case below: 27 N.C. App. 227.

Petition for discretionary review under G.S. 7A-31 allowed 17 December 1975. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 17 December 1975.